```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTINA SPARROCK,                :    06 Civ. 1776 (SHS)

             Plaintiff,         :

  -against-                       :    ORDER

NYP HOLDINGS, INC., d/b/a/ New York Post,  :

             Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion for summary judgment [37] is granted. The Clerk of Court is directed to dismiss the complaint and enter judgment in defendant's favor.

Dated: New York, New York
       March 4, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.